IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | IN CHAPTER 7 |
| | ) | |
| **JOAN COLLINSON,** | ) | No. 09 B 17939 |
| | ) | |
| Debtor(s). | ) | |

# N O T I C E

TO:  Office of the United States Trustee – Service through CM/ECF
     Paul M. Bach, Attorney for Debtor - Service through CM/ECF
     Penelope N. Bach, Attorney for Debtor - Service through CM/ECF
     Joanne Hefferle, 1635 W. Greenwood Ave., Waukegan, IL 60087 -  Service through U. S. Mail
     Darren L. Besic - Service through CM/ECF
     Attached List – Service by U. S. Mail

   **PLEASE TAKE NOTICE** that on the 31st day of July, 2015 at the hour of 1:00 p.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable **A. BENJAMIN GOLDGAR,** Bankruptcy Judge, in the Courtroom usually assigned to him, North Branch Court, 1792 Nicole Lane, Round Lake Beach, IL 60073, and then and there present the attached Application To Compromise Claims, For Compensation And To Shorten Notice. At which time and place you may appear, if you so see fit.

                             /s/ Joseph E. Cohen
                             JOSEPH E. COHEN
                             COHEN & KROL
                             105 West Madison St., Suite 1100
                             Chicago, IL 60602
                             312/368-0300

| | | |
|---|---|---|
| STATE OF ILLINOIS | ) | |
| | ) ss | |
| COUNTY OF C O O K | ) | |

   JOSEPH E. COHEN, being first duly sworn on oath, deposes and states that he served a copy of the foregoing Notice together with a copy of the Motion attached thereto to the persons shown below, by either service through CM/ECF or by United States Mail this 14th day of July, 2015.

                             BY:/s/ Joseph E. Cohen

```
Label Matrix for local noticing          U.S. Bankruptcy Court                Alliance One
0752-1                                    Eastern Division                    4850 Street Rd
Case 09-17939                             219 S Dearborn                      Suite 300
Northern District of Illinois             7th Floor                           Feasterville Trevose, PA 19053-6643
Chicago                                   Chicago, IL 60604-1702
Tue Jul 14 09:47:57 CDT 2015

Blatt Hasenmiller                         CItiMortgage                        Capital One Bank
125 S WACKER DR #400                      P.O. Box 183040                     P.O. Box 5294
Chicago, IL 60606-4440                    Columbus, OH 43218-3040             Carol Stream, IL 60197-5294


Capital One Bank (USA), N.A.              Captial One                         Chase Auto Finance
by American InfoSource LP as agent        P.O. Box 30285                      P.O. Box 5210
PO Box 71083                              Salt Lake City, UT 84130-0285       New Hyde Park, NY 11042-5210
Charlotte, NC 28272-1083


Firstsource                               Global Credit Collection Corp       Gurnee Radiology Center
205 Bryant Woods South                    Capital One Bank                    25 Tower Court Suite A
Buffalo, NY 14228-3609                    PO Box 6492                         Gurnee, IL 60031-3318
                                          Carol Stream, IL 60197-6492


HSBC NV                                   Illinois Bone and Joint             Kinex Medical Group
1441 Schilling                            135 S. LaSalle DPT 1052             1801 Airport Rd
Elmhurst, IL 60126                        Chicago, IL 60674-1052              Suite D
                                                                              Waukesha, WI 53188-2477


Lake Forest Hospital                      Malcolm S. Gerald and Assoc         Nautilus
660 N. Westmoreland Road                  332 S. Michigan Ave, Suite 600      Retail Services
Lake Forest, IL 60045-1696                Chicago, IL 60604-4318              PO Box 15521
                                                                              Wilmington, DE 19850-5521


North Shore Dental Care                   Northshore University HealthSystem  Northshore University Healthsystems
225 Waukegan Road                         Hospital Building                   9609 Eagle Way
Lake Bluff, IL 60044-1666                 23056 Network Place                 Chicago, IL 60678-1095
                                          Chicago, IL 60673-1230


(p)PINNACLE MANAGEMENT SERVICES           Sigma Health, PC                    Stephen M. Collinson
830 ROUNDABOUT                            9721 W 165th St                     1635 W Greenwood Ave
SUITE B                                   Orland Park, IL 60467-5657          Waukegan, IL 60087-4731
WEST DUNDEE IL 60118-2116


Target National Bank                      Target National Bank                Dean C. Harvalis
P.O. Box 59317                            P.O. Box 673                        Office of the United States Trustee
Minneapolis, MN 55459-0317                Minneapolis, MN 55440-0673          219 South Dearborn Street
                                                                              Room 873
                                                                              Chicago, IL 60604-2027


Joan Collinson                            Joseph E Cohen                      Patrick S Layng
1635 W. Greenwood Ave                     Cohen & Krol                        Office of the U.S. Trustee, Region 11
Waukegan, IL 60087-4731                   105 West Madison Suite 1100         219 S Dearborn St
                                          Chicago, IL 60602-4600              Room 873
                                                                              Chicago, IL 60604-2027
```

Paul M Bach  
Bach Law Offices  
P.O. Box 1285  
Northbrook, IL 60065-1285

Penelope N Bach  
Bach Law Offices  
P.O. Box 1285  
Northbrook, IL 60065-1285

Penelope N Bach  
Sulaiman Law Group, Ltd.  
900 Jorie Boulevard  
Suite 150  
Oak Brook, IL 60523-3810

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Pinnacle Management  
514 Market Loop, Suit 103  
Dundee, IL 60118

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)JP Morgan Chase Bank, N.A.

(u)Recovery Management Systems Corp.

(d)Joseph E Cohen  
Cohen & Krol  
105 West Madison Suite 1100  
Chicago, IL 60602-4600

(u)Lezzlie E Hornsby  
Clark, Love & Hutson, GP

End of Label Matrix  
Mailable recipients    32  
Bypassed recipients     4  
Total                  36

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | IN CHAPTER 7 |
| | ) | |
| **JOAN COLLINSON,** | ) | No. 09 B 17939 |
| | ) | |
| Debtor(s). | ) | |

**APPLICATION TO COMPROMISE CLAIMS, FOR COMPENSATION
AND TO SHORTEN NOTICE**

TO THE HONORABLE **A. BENJAMIN GOLDGAR**
   BANKRUPTCY JUDGE

Now comes **JOSEPH E. COHEN**, Trustee herein, and respectfully represents unto this Honorable Court as follows:

1. That he is the duly appointed, qualified and acting Chapter 7 Trustee in the above-entitled proceeding.

2. That this matter was reopened on October 3, 2014 to allow the Trustee to pursue and prosecute a products liability action pending in the 23rd Judicial Court of Wharton County, Texas resulting from a failed pelvic mesh implant.

3. That the Trustee has employed by Court Order on May 29, 2015 Lezzlie E. Hornsby of the firm of Clark, Love & Hutson, GP with offices located at 440 Louisiana Street, Suite 1600, Houston, Texas as special counsel to pursue the pending products liability action.

4. That the Trustee retained Ms. Hornsby on the same contingency fee arrangement she had with the Debtor: forty percent (40%) of any gross recovery received by settlement or judgment plus reimbursement of expenses.

5. That the Trustee has received an offer to settle the pending lawsuit by the

Case 09-17939   Doc 41   Filed 07/14/15   Entered 07/14/15 11:39:17   Desc Main
Document    Page 5 of 6

gross payment of $102,368.00.

6. That the parties have prepared a Coloplast Settlement Statement which identifies all of the various fees and expenses being paid out of the gross settlement award and is attached to this Motion as Exhibit "A".

7. That the United States District Court in the underlying products liability action mandated a MDL fee of 5% of Gross Settlement Award, 4% from Attorney's fees and 1% from client's recovery, which will be taken directly by the Settlement Court, as per Pre-trial Order #32, prior to disbursement and will never be released to the Trustee nor to the Trustees Special Counsel. This is more fully detailed on the attached Exhibit "A".

8. That Lezzlie E. Hornsby of the firm of Clark, Love & Hutson, GP as Special Counsel is entitled to compensation in the gross amount of $40,947.20 pursuant to the Order of Employment but will only be receiving from the Estate the sum of $36,852.48 due to the 4% MDL fee described above.

9. That Special Counsel is also seeking reimbursement of expenses in the amount of $3,083.95 and payment of other expenses and liens in the amount of $4,309.35 pursuant to the attached as Exhibit "A".

10. That Notice of this Application is being sent in full to all creditor s and parties in interest and the Trustee requests that this notice be shortened to seventeen (17) days. Because of the age of this case and the fact that the Debtor will probably receive a surplus distribution, the Trustee is trying to move very rapidly to close this case.

11. That the Trustee is requesting that the settlement proceeds be made payable directly to the Bankruptcy Trustee.

**WHEREFORE,** Joseph E. Cohen, Trustee herein, prays for the entry of an Order

authorizing the Trustee to compromise the claims in the pending products liability action for the gross sum of $102,368.00 pursuant to the financial terms of the attached Exhibit "A" as more fully described above; that compensation be allowed to Lezzlie E. Hornsby of the firm of Clark, Love & Hutson, GP in the gross amount of $40,947.20 plus reimbursement of expenses and liens in the amount of $7,393.30; that Notice to Creditors of this Motion be shortened to seventeen days and for such other and further relief as the Court shall deem proper.

| | |
|---|---|
| JOSEPH E. COHEN<br>GINA B. KROL<br>E. PHILLIP GROBEN<br>COHEN & KROL<br>105 W. Madison St., Suite 1100<br>Chicago, IL 60602<br>312/368-0300 | **JOSEPH E. COHEN**, Trustee<br><br><br><br>BY:  /s/ Joseph E. Cohen<br>         One of Attorneys for Trustee |