**UNITED STATES BANKRUPTCY COURT**

NORTHERN **DISTRICT OF** ILLINOIS

| | | |
|---|---|---|
| In re: | § § | |
| COLLINSON, JOAN | § § | Case No. 09-17939 |
| Debtor | § § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 05/18/2009 . The undersigned trustee was appointed on 05/18/2009 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of          $     111,295.75

   Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 57,300.16 |
| Bank service fees | 394.35 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 10,000.00 |
| Leaving a balance on hand of[1]    $ | 43,601.24 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was 08/20/2015 and the deadline for filing governmental claims was 08/20/2015. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 6,810.10 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 6,810.10 , for a total compensation of $ 6,810.10 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 84.10 , for total expenses of $ 84.10 [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 04/19/2016     By: /s/JOSEPH E. COHEN
                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

Page: 1
Exhibit A

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Case No: 09-17939 ABG Judge: A. BENJAMIN GOLDGAR
Case Name: COLLINSON, JOAN

Trustee Name: JOSEPH E. COHEN
Date Filed (f) or Converted (c): 05/18/09 (f)
341(a) Meeting Date: 06/29/09
Claims Bar Date: 08/20/15

For Period Ending: 04/19/16

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 37850 Orchard Dr N, Beach Park, IL 60087 37850 Orchard Dr N, Beach Park, IL 60087 | 75,000.00 | 0.00 | | 0.00 | FA |
| 2. Cash Cash on Hand | 5.00 | 0.00 | | 0.00 | FA |
| 3. Financial Accounts Bank of Waukegan - CHecking | 15.00 | 0.00 | | 0.00 | FA |
| 4. Household Goods Household Goods and Furnishings | 500.00 | 0.00 | | 0.00 | FA |
| 5. Books / Collectibles Books and Pictures | 40.00 | 0.00 | | 0.00 | FA |
| 6. Wearing Apparel Wearing Apparek | 500.00 | 0.00 | | 0.00 | FA |
| 7. Furs and Jewelry Misc Jewelry | 2,000.00 | 0.00 | | 0.00 | FA |
| 8. General Intangibles Illinois Drivers License | 0.00 | 0.00 | | 0.00 | FA |
| 9. Vehicles 2005 Jeep Liberty | 11,000.00 | 0.00 | | 0.00 | FA |
| 10. Animals Domestic Cat | 20.00 | 0.00 | | 0.00 | FA |
| 11. PERSONAL INJURY (u) | 0.00 | 100,000.00 | | 111,295.75 | FA |

TOTALS (Excluding Unknown Values) $89,080.00 $100,000.00 $111,295.75 $0.00

Gross Value of Remaining Assets

(Total Dollar Amount in Column 6)

LFORM1 **UST Form 101-7-TFR (5/1/2011)** *(Page: 3)* Ver: 19.05f

Page: 2
Exhibit A

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | | |
|---|---|---|
| Case No: | 09-17939   ABG   Judge: A. BENJAMIN GOLDGAR | Trustee Name: JOSEPH E. COHEN |
| Case Name: | COLLINSON, JOAN | Date Filed (f) or Converted (c): 05/18/09 (f) |
| | | 341(a) Meeting Date: 06/29/09 |
| | | Claims Bar Date: 08/20/15 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE HAS RECEIVED SETTLEMENT PROCEEDS - 01/20/16. TRUSTEE HAS COMPROMISED PENDING LITIGATION - Oct. 31, 2015. TRUSTEE HAS REOPENED CASE AND IS EMPLOYING SPECIAL COUNSEL - May 19, 2015.

Initial Projected Date of Final Report (TFR): 01/31/16          Current Projected Date of Final Report (TFR): 03/31/16

Page: 1
Exhibit B

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 09-17939 -ABG
Case Name: COLLINSON, JOAN
Taxpayer ID No: **-***2426
For Period Ending: 04/19/16

Trustee Name: JOSEPH E. COHEN
Bank Name: ASSOCIATED BANK
Account Number / CD #: *******6280 Checking Account
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Tran. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/22/15 | | CLARK LOVE & HUTSON GP | | | 93,440.25 | | 93,440.25 |
| 10/22/15 | 11 | CLARK LOVE & HUTSON GP | Memo Amount: 102,368.00 Settlement of Lawsuit | 1249-000 | | | |
| | | | Settlement of Lawsuit Memo Amount: ( 8,927.75 ) | 2990-000 | | | |
| 10/22/15 | 300001 | CLARK, LOVE & HUTSON, GP 440 Louisiana Street Houston, TX 77002 | COURT ORDERED COSTS Special Counsel for Trustee Fees Joan Collinson 09-17939 | | | 48,340.50 | 45,099.75 |
| | | | Fees 40,947.20 | 3210-000 | | | |
| | | | Expenses 7,393.30 | 3220-000 | | | |
| 11/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 44.80 | 45,054.95 |
| 12/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 134.35 | 44,920.60 |
| 01/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 80.71 | 44,839.89 |
| 02/05/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 66.67 | 44,773.22 |
| 02/16/16 | 300002 | ADAMS-LEVINE 370 Lexington Avenue Suite 1101 New York, NY 10017 | Bond #10BSBGR6291 | 2300-000 | | 31.91 | 44,741.31 |
| 02/17/16 | 11 | CLARK, LOVE & HUTSON GP | Return of fees | 1242-000 | 8,927.75 | | 53,669.06 |
| 03/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 67.82 | 53,601.24 |
| 03/16/16 | 300003 | Joan Collinson c/o Penelope Bach 900 Jorie Blvd, Suite 150 Oak Brook, IL 60523 | Surplus to Debtor Surplus to Debtor | 8200-002 | | 10,000.00 | 43,601.24 |

Page Subtotals 102,368.00 58,766.76

LFORM24  UST Form 101-7-TFR (5/1/2011) (Page: 5)  Ver: 19.05f

Page: 2
Exhibit B

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 09-17939 -ABG
Case Name: COLLINSON, JOAN
Taxpayer ID No: \*\*\*\*\*\*2426
For Period Ending: 04/19/16

Trustee Name: JOSEPH E. COHEN
Bank Name: ASSOCIATED BANK
Account Number / CD #: \*\*\*\*\*\*\*6280 Checking Account
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | | | | 43,601.2? |
| | | Memo Allocation Receipts: 102,368.00 | COLUMN TOTALS | | 102,368.00 | 58,766.76 | |
| | | Memo Allocation Disbursements: 8,927.75 | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 102,368.00 | 58,766.76 | |
| | | Memo Allocation Net: 93,440.25 | Less: Payments to Debtors | | | 10,000.00 | |
| | | | Net | | 102,368.00 | 48,766.76 | |
| | | Total Allocation Receipts: 102,368.00 | | | | | ACCOUNT BALANCES |
| | | Total Allocation Disbursements: 8,927.75 | TOTAL - ALL ACCOUNTS | | NET DEPOSITS | NET DISBURSEMENTS | 43,601.2? |
| | | | Checking Account - \*\*\*\*\*\*\*6280 | | 102,368.00 | 48,766.76 | 43,601.24 |
| | | Total Memo Allocation Net: 93,440.25 | | | 102,368.00 | 48,766.76 | Total Funds On Hand |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | |

Page Subtotals    0.00    0.00

UST Form 101-7-TFR (5/1/2011) (Page: 6)

LFORM24                                                                                                                                                                            Ver: 19.05f

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: April 19, 2016 |
|---|---|---|---|---|---|---|

Case Number:  09-17939  
Debtor Name:  COLLINSON, JOAN  

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 001<br>3110-00 | COHEN & KROL, Attorneys<br>105 West Madison Street<br>Chicago, IL 60602 | Administrative | | $0.00 | $4,714.25 | $4,714.25 |
| ADMIN 001<br>2700-00 | CLERK OF THE U.S. BANKRUPTCY COURT<br>219 S DEARBORN<br>CHICAGO, IL 60604 | Administrative | | $0.00 | $260.00 | $260.00 |
| ADMIN 1 001<br>2100-00 | JOSEPH E. COHEN<br>105 W. Madison, Ste 1100<br>Chicago, IL 60602 | Administrative | | $0.00 | $6,894.20 | $6,894.20 |
| BOND 999<br>2300-00 | ADAMS-LEVINE<br>370 Lexington Avenue<br>Suite 1101<br>New York, NY 10017 | Administrative | | $0.00 | $31.91 | $31.91 |
| 000001 070<br>7100-00 | Capital One Bank (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured | | $0.00 | $1,581.55 | $1,581.55 |
| NA 999<br>8200-00 | Joan Collinson | Unsecured | | $0.00 | $0.00 | $40,093.67 |
| | Case Totals: | | | $0.00 | $13,481.91 | $53,575.58 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 09-17939
Case Name: COLLINSON, JOAN
Trustee Name: JOSEPH E. COHEN

| Balance on hand | $ 43,601.24 |

Claims of secured creditors will be paid as follows:

### NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOSEPH E. COHEN | $ 6,810.10 | $ 0.00 | $ 6,810.10 |
| Trustee Expenses: JOSEPH E. COHEN | $ 84.10 | $ 0.00 | $ 84.10 |
| Attorney for Trustee Fees: COHEN & KROL, Attorneys | $ 4,714.25 | $ 0.00 | $ 4,714.25 |
| Charges: CLERK OF THE U.S. BANKRUPTCY COURT | $ 260.00 | $ 0.00 | $ 260.00 |
| Other: ADAMS-LEVINE | $ 31.91 | $ 31.91 | $ 0.00 |

| Total to be paid for chapter 7 administrative expenses | $ 11,868.45 |
| Remaining Balance | $ 31,732.79 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

### NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,581.55 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Capital One Bank (USA), N.A. by American InfoSource LP as agent PO Box 71083 Charlotte, NC 28272-1083 | $ 1,581.55 | $ 0.00 | $ 1,581.55 |
| | Total to be paid to timely general unsecured creditors | | | $ 1,581.55 |
| | Remaining Balance | | | $ 30,151.24 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of 0.5 % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $ 57.57 . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 30,093.67 .