IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | IN CHAPTER 7 |
| | ) | |
| **Joan Collinson** | ) | No. 09 B 17939 |
| | ) | |
| Debtor(s). | ) | |

**PROOF OF SERVICE**

TO:    See Attached

   I, JOSEPH E. COHEN, state that copies of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object, was sent to all creditors on April 20, 2016 by First Class U.S. Mail to the persons shown on the attached service list.


JOSEPH E. COHEN
COHEN & KROL
105 West Madison St., Suite 1100          BY:/s/ Joseph E. Cohen
Chicago, IL 60602                                        Attorney for Trustee
312/368-0300

Service List:

Capital One Bank USA, NA
by American InfoSource LP as agent
P.O. Box 71083
Charlotte, NC   28272-1083

Joan Collinson
1635 W. Greenwood Avenue
Waukegan, IL   60087-4731

Patrick S. Layng
Office of the U.S. Trustee
219 S Dearborn Street
Room 873
Chicago, IL   60604

JP Morgan Chase Bank NA
c/o Darren Besic
Law Ofc of Darren Besic
5 East Wilson Street
Batavia, IL   60510

GE Money Bank
c/o Recovery Management Systems Corporation
Attn:   Ramesh Singh
25 S.E. 2nd Avenue, Suite 1120
Miami, FL   33131-1605