UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re:                                     §
                                           §
COLLINSON, JOAN                            §    Case No. 09-17939
                                           §
            Debtor                         §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH E. COHEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 89,080.00                      Assets Exempt: 0.00
*(Without deducting any secured claims)*

Total Distributions to Claimants:  1,639.12      Claims Discharged
                                                 Without Payment:  12,755.73

Total Expenses of Administration: 69,562.96

---

3) Total gross receipts of $ 111,295.75  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 40,093.67  (see **Exhibit 2**), yielded net receipts of $ 71,202.08  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 164,620.46 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 69,562.96 | 69,562.96 | 69,562.96 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 13,909.14 | 1,581.55 | 1,581.55 | 1,639.12 |
| **TOTAL DISBURSEMENTS** | $ 178,529.60 | $ 71,144.51 | $ 71,144.51 | $ 71,202.08 |

4) This case was originally filed under chapter 7 on 05/18/2009. The case was pending for 87 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/22/2016          By:/s/JOSEPH E. COHEN
                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| PERSONAL INJURY | 1242-000 | 8,927.75 |
| PERSONAL INJURY | 1249-000 | 102,368.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 111,295.75** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Joan Collinson | Surplus Funds Paid to Debtor 726 (a)(6) (includes Payments to shareholders and limited partners) | 8200-002 | 40,093.67 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 40,093.67** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | CItiMortgage P.O. Box 183040 Columbus, OH 43218-3040 | | 150,620.46 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Auto Finance P.O. Box 5210 New Hyde Park, NY 11042 | | 14,000.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $ 164,620.46 | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| COHEN, JOSEPH E. | 2100-000 | NA | 6,810.10 | 6,810.10 | 6,810.10 |
| COHEN, JOSEPH E. | 2200-000 | NA | 84.10 | 84.10 | 84.10 |
| ADAMS-LEVINE | 2300-000 | NA | 31.91 | 31.91 | 31.91 |
| ASSOCIATED BANK | 2600-000 | NA | 394.35 | 394.35 | 394.35 |
| CLERK OF THE U.S. BANKRUPTCY COURT | 2700-000 | NA | 260.00 | 260.00 | 260.00 |
| COURT ORDERED COSTS | 2990-000 | NA | 8,927.75 | 8,927.75 | 8,927.75 |
| COHEN & KROL, ATTORNEYS | 3110-000 | NA | 3,142.84 | 3,142.84 | 3,142.84 |
| JOSEPH E. COHEN, ATTORNEY | 3110-000 | NA | 1,571.41 | 1,571.41 | 1,571.41 |
| CLARK, LOVE & HUTSON, GP | 3210-000 | NA | 40,947.20 | 40,947.20 | 40,947.20 |
| CLARK, LOVE & HUTSON, GP | 3220-000 | NA | 7,393.30 | 7,393.30 | 7,393.30 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ NA | $ 69,562.96 | $ 69,562.96 | $ 69,562.96 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Capital One Bank P.O. Box 5294 Carol Stream, IL 60197-5294 | | 1,448.99 | NA | NA | 0.00 |
| | Gurnee Radiology Center 25 Tower Court Suite A Gurnee, IL 60031-3318 | | 51.25 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | HSBC NV 1441 Schilling Elmhurst, IL 60126 | | 1,945.81 | NA | NA | 0.00 |
| | Illinois Bone and Joint 135 S. LaSalle DPT 1052 Chicago, IL 60674-1052 | | 158.13 | NA | NA | 0.00 |
| | Kinex Medical Group 1801 Airport Rd Suite D Waukesha, WI 53188 | | 4,200.00 | NA | NA | 0.00 |
| | Lake Forest Hospital 660 N. Westmoreland Road Lake Forest, IL 60045 | | 27.49 | NA | NA | 0.00 |
| | Nautilus Retail Services PO Box 15521 Wilmington, DE 19850 | | 0.00 | NA | NA | 0.00 |
| | North Shore Dental Care 225 Waukegan Road Lake Bluff, IL 60044 | | 693.15 | NA | NA | 0.00 |
| | Northshore University HealthSystem Hospital Building 23056 Network Place Chicago, IL 60673-1230 | | 55.00 | NA | NA | 0.00 |
| | Northshore University Healthsystems 9609 Eagle Way Chicago, IL 60678-1095 | | 727.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Representing: Capital One Bank | | 0.00 | NA | NA | 0.00 |
| | Representing: Captial One | | 0.00 | NA | NA | 0.00 |
| | Representing: HSBC NV | | 0.00 | NA | NA | 0.00 |
| | Representing: HSBC NV | | 0.00 | NA | NA | 0.00 |
| | Representing: Lake Forest Hospital | | 0.00 | NA | NA | 0.00 |
| | Representing: Northshore University HealthSystem | | 0.00 | NA | NA | 0.00 |
| | Representing: Target National Bank | | 0.00 | NA | NA | 0.00 |
| | Representing: Target National Bank | | 0.00 | NA | NA | 0.00 |
| | Sigma Health, PC 9721 W 165th St Orland Park, IL 60467 | | 140.00 | NA | NA | 0.00 |
| | Target National Bank P.O. Box 59317 Minneapolis, MN 55459-0317 | | 3,308.91 | NA | NA | 0.00 |
| 000001 | CAPITAL ONE BANK (USA), N.A. | 7100-000 | 1,153.41 | 1,581.55 | 1,581.55 | 1,581.55 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | CAPITAL ONE BANK (USA), N.A. | 7990-000 | NA | NA | NA | 57.57 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 13,909.14 | $ 1,581.55 | $ 1,581.55 | $ 1,639.12 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 09-17939 | ABG | Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | COLLINSON, JOAN | | | Date Filed (f) or Converted (c): | 05/18/09 (f) |
| | | | | 341(a) Meeting Date: | 06/29/09 |
| For Period Ending: | 07/21/16 | | | Claims Bar Date: | 08/20/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 37850 Orchard Dr N, Beach Park, IL 60087 <br> 37850 Orchard Dr N, Beach Park, IL 60087 | 75,000.00 | 0.00 | | 0.00 | FA |
| 2. Cash <br> Cash on Hand | 5.00 | 0.00 | | 0.00 | FA |
| 3. Financial Accounts <br> Bank of Waukegan - CHecking | 15.00 | 0.00 | | 0.00 | FA |
| 4. Household Goods <br> Household Goods and Furnishings | 500.00 | 0.00 | | 0.00 | FA |
| 5. Books / Collectibles <br> Books and Pictures | 40.00 | 0.00 | | 0.00 | FA |
| 6. Wearing Apparel <br> Wearing Apparek | 500.00 | 0.00 | | 0.00 | FA |
| 7. Furs and Jewelry <br> Misc Jewelry | 2,000.00 | 0.00 | | 0.00 | FA |
| 8. General Intangibles <br> Illinois Drivers License | 0.00 | 0.00 | | 0.00 | FA |
| 9. Vehicles <br> 2005 Jeep Liberty | 11,000.00 | 0.00 | | 0.00 | FA |
| 10. Animals <br> Domestic Cat | 20.00 | 0.00 | | 0.00 | FA |
| 11. PERSONAL INJURY (u) | 0.00 | 100,000.00 | | 111,295.75 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)     $89,080.00     $100,000.00     $111,295.75     $0.00

(Total Dollar Amount in Column 6)

Ver: 19.06a

LFORM1

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | | | |
|---|---|---|---|
| Case No: | 09-17939   ABG   Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | COLLINSON, JOAN | Date Filed (f) or Converted (c): | 05/18/09 (f) |
| | | 341(a) Meeting Date: | 06/29/09 |
| | | Claims Bar Date: | 08/20/15 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

SENT TFR TO US TEE March 17, 2016, 11:37 am

TRUSTEE HAS RECEIVED SETTLEMENT PROCEEDS - 01/20/16. TRUSTEE HAS COMPROMISED PENDING LITIGATION - Oct. 31, 2015. TRU
HASSTEE HAS REOPENED CASE AND IS EMPLOYING SPECIAL COUNSEL - May 19, 2015.

Initial Projected Date of Final Report (TFR): 01/31/16        Current Projected Date of Final Report (TFR): 03/31/16

FORM 2 Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD** Exhibit 9

| Case No: | 09-17939 -ABG | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | COLLINSON, JOAN | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******6280 Checking Account |
| Taxpayer ID No: | *******2426 | | |
| For Period Ending: | 07/21/16 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/22/15 | | CLARK LOVE & HUTSON GP | | | 93,440.25 | | 93,440.25 |
| | 11 | CLARK LOVE & HUTSON GP | Memo Amount: 102,368.00 Settlement of Lawsuit | 1249-000 | | | |
| | | | Settlement of Lawsuit Memo Amount: ( 8,927.75 ) | 2990-000 | | | |
| | | | COURT ORDERED COSTS | | | | |
| 10/22/15 | 300001 | CLARK, LOVE & HUTSON, GP 440 Louisiana Street Houston, TX 77002 | Special Counsel for Trustee Fees Joan Collinson 09-17939 | | | 48,340.50 | 45,099.75 |
| | | | Fees 40,947.20 | 3210-000 | | | |
| | | | Expenses 7,393.30 | 3220-000 | | | |
| 11/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 44.80 | 45,054.95 |
| 12/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 134.35 | 44,920.60 |
| 01/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 80.71 | 44,839.89 |
| 02/05/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 66.67 | 44,773.22 |
| 02/16/16 | 300002 | ADAMS-LEVINE 370 Lexington Avenue Suite 1101 New York, NY 10017 | Bond #10BSBGR6291 | 2300-000 | | 31.91 | 44,741.31 |
| 02/17/16 | 11 | CLARK, LOVE & HUTSON GP | Return of fees | 1242-000 | 8,927.75 | | 53,669.06 |
| 03/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 67.82 | 53,601.24 |
| 03/16/16 | 300003 | Joan Collinson c/o Penelope Bach 900 Jorie Blvd, Suite 150 Oak Brook, IL 60523 | Surplus to Debtor Surplus to Debtor | 8200-002 | | 10,000.00 | 43,601.24 |
| 05/23/16 | 300004 | JOSEPH E. COHEN 105 W. Madison, Ste 1100 Chicago, IL 60602 | Claim ADMIN 1, Payment 100.00000% | | | 6,894.20 | 36,707.04 |
| | | | Page Subtotals | | 102,368.00 | 65,660.96 | |

Ver: 19.06a

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 11)*

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 09-17939 -ABG | | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | COLLINSON, JOAN | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******6280 Checking Account |
| Taxpayer ID No: | *******2426 | | | |
| For Period Ending: | 07/21/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Fees 6,810.10 | 2100-000 | | | |
| | | | Expenses 84.10 | 2200-000 | | | |
| 05/23/16 | 300005 | CLERK OF THE U.S. BANKRUPTCY COURT<br>219 S DEARBORN<br>CHICAGO, IL 60604 | Claim ADMIN, Payment 100.00000% | 2700-000 | | 260.00 | 36,447.04 |
| 05/23/16 | 300006 | COHEN & KROL, Attorneys<br>105 West Madison Street<br>Chicago, IL 60602 | Attorney for Trustee fees | 3110-000 | | 3,142.84 | 33,304.20 |
| 05/23/16 | 300007 | JOSEPH E. COHEN, Attorney<br>105 West Madison Street<br>Chicago, IL 60602 | Attorney for Trustee fees | 3110-000 | | 1,571.41 | 31,732.79 |
| 05/23/16 | 300008 | Capital One Bank (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Claim 000001, Payment 103.64010%<br>(1-1) modified address 6/5/2015-ps | | | 1,639.12 | 30,093.67 |
| | | | Claim 1,581.55 | 7100-000 | | | |
| | | | Interest 57.57 | 7990-000 | | | |
| 05/23/16 | 300009 | Joan Collinson | Claim NA, Payment 75.05841%<br>Surplus to Debtor<br>Surplus to Debtor | 8200-002 | | 30,093.67 | 0.00 |

Page Subtotals  0.00  36,707.04

Ver: 19.06a

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 09-17939 -ABG | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | COLLINSON, JOAN | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******6280 Checking Account |
| Taxpayer ID No: | *******2426 | | |
| For Period Ending: | 07/21/16 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 102,368.00 | COLUMN TOTALS | 102,368.00 | 102,368.00 | 0.00 |
| Memo Allocation Disbursements: | 8,927.75 | Less: Bank Transfers/CD's | 0.00 | 0.00 | |
|  |  | Subtotal | 102,368.00 | 102,368.00 | |
| Memo Allocation Net: | 93,440.25 | Less: Payments to Debtors | | 40,093.67 | |
|  |  | Net | 102,368.00 | 62,274.33 | |
|  |  |  |  | NET | ACCOUNT |
| Total Allocation Receipts: | 102,368.00 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | 8,927.75 | Checking Account - *******6280 | 102,368.00 | 62,274.33 | 0.00 |
|  |  |  | ----------------------- | ----------------------- | ----------------------- |
| Total Memo Allocation Net: | 93,440.25 |  | 102,368.00 | 62,274.33 | 0.00 |
|  |  |  | ============= | ============= | ============= |
|  |  |  | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals 0.00 0.00

Ver: 19.06a

LFORM24

UST Form 101-7-TDR (10/1/2010) (Page: 13)